# Raoul Zaltzberg, Esq.

| | | |
|---|---|---|
| Zaltzberg Law<br>5 Penn Plaza, 23rd Fl<br>New York, New York 1001 | *Attorney at Law*<br><br>Raoul@ZaltzbergLaw.com | O: (212) 609-1344<br>P: (917) 244-4322<br>F: (212) 609-1345 |

_____

March 11, 2022

The Honorable Katherine Polk Failla
United States District Court
 Southern District of New York
40 Foley Square
New York, NY 10007



By ECF

          Re:      *United States v. Hawkins [Alan Vittar]*
                    21 CR 00414 (KPF)

Dear Hon. Judge Failla,

    I represent Alan Vittar in the above-referenced matter. I write with consent of the government to request a two-week extension to meet Mr. Vittar's bail conditions.

    On February 24, 2022, a $50,000 bond secured by one financially responsible person, along with other standard conditions of release was ordered. The Court further ordered that Mr. Vittar's co-signer had until March 11, 2022, to sign the bond. Due to my pending trial case (settled Tuesday) and the schedules of Mr. Vittar's potential co-signer, we are respectfully requesting an extension of time, until March 25, 2022, to facilitate Mr. Vittar's bond co-signer to fully provide the proper paperwork to the U.S. Attorney's Office and for the co-signer to sign the bond. Again, the government consents to this application.

    Thank you in advance for your consideration.

                                     Sincerely,

                                     _____/s/_____
                                     Raoul Zaltzberg, Esq.
                                     *Attorney for Defendant*
                                     raoul@zaltzberglaw.com
                                     917-244-4322

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 60.

                                                                SO ORDERED.

Dated:  March 11, 2022
           New York, New York

                                                                HON. KATHERINE POLK FAILLA
                                                                UNITED STATES DISTRICT JUDGE